# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §  CIVIL ACTION NO. 2:18-CV-00492-JRG-RSP |
| | § |
| GOOGLE LLC, | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is the Claim Construction Memorandum and Order (hereinafter "Order") of Magistrate Judge Payne dated February 5, 2020. (Dkt. No. 181.) After considering the reasoning provided in the Order, the underlying claim construction briefing, Defendant Google LLC's ("Google") Objections (Dkt. No. 200), and Plaintiff Uniloc 2017 LLC's Response to those Objections (Dkt. No. 203), the Court agrees with the conclusions reached within the Order and finds Google's arguments within its Objections to be unpersuasive. Accordingly, the Court **OVERRULES** Google's Objection and **ADOPTS** the Order.

**So Ordered this**
**Mar 23, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE