ROBERT W. UNIKEL
robertunikel@paulhastings.com
MICHELLE MAREK FIGUEIREDO
michellemarek@paulhastings.com
MATTHEW RICHARD LIND
mattlind@paulhastings.com
JOHN A. COTIGUALA
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Dr. 45th Fl.
Chicago, Illinois  60606
Telephone:  1(312) 499-6000
Facsimile:  1(312) 499-6100

ELIZABETH L. BRANN (SB# 222873)
elizabethbrann@paulhastings.com
ARIELL NICOLE BRATTON (SB# 317587)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor.
San Diego, California  92121
Telephone:  1(858) 458-3000
Facsimile:  1(858) 458-3005

ROBERT R. LAURENZI
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Ave.
New York, New York  10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

[ADDITIONAL COUSNEL LISTED ON SIGNATURE PAGE]

Attorneys for Defendant
Google LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uniloc 2017, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Google LLC,<br><br>　　　　Defendant. | CASE NO. 4:20-CV-05333-YGR<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWL OF POTTER MINTON, P.C.** |

NOTICE OF MOTION AND MOTION
FOR WITHDRAWL OF POTTER
MINTON, P.C.

CASE NO. 4:20-CV-05333-YGR

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 11-5(a) PLEASE TAKE NOTICE that the firm Potter Minton, P.C. are no longer counsel for Defendant Google LLC in this matter, and hereby respectfully request to be withdrawn as counsel in the above-captioned matter. In particular, the following counsel request to withdraw from this action:

- Michael Edwin Jones;
- E. Glenn Thames, Jr.;
- Patrick Colbert Clutter, IV.

Paul Hastings LLP, through the undersigned counsel of record, will continue to serve as counsel for Defendant Google LLC.

| | | |
|---|---|---|
| 1 | DATED:  August 13, 2020 | PAUL HASTINGS LLP |
| 2 | | By: */s/ Robert W. Unikel* |
| 3 | | ROBERT W. UNIKEL |
| | | robertunikel@paulhastings.com |
| 4 | | MICHELLE MAREK FIGUEIREDO |
| | | michellemarek@paulhastings.com |
| 5 | | MATTHEW RICHARD LIND |
| | | mattlind@paulhastings.com |
| 6 | | JOHN A. COTIGUALA |
| | | johncotiguala@paulhastings.com |
| 7 | | PAUL HASTINGS LLP |
| | | 71 S. Wacker Dr. 45th Fl. |
| 8 | | Chicago, Illinois  60606 |
| | | Telephone:  1(312) 499-6000 |
| 9 | | Facsimile:  1(312) 499-6100 |
| 10 | | ELIZABETH L. BRANN (SB# 222873) |
| | | elizabethbrann@paulhastings.com |
| 11 | | ARIELL NICOLE BRATTON (SB# 317587) |
| | | ariellbratton@paulhastings.com |
| 12 | | PAUL HASTINGS LLP |
| | | 4747 Executive Drive, 12th Floor. |
| 13 | | San Diego, California  92121 |
| | | Telephone:  1(858) 458-3000 |
| 14 | | Facsimile:  1(858) 458-3005 |
| 15 | | ROBERT R. LAURENZI |
| | | robertlaurenzi@paulhastings.com |
| 16 | | PAUL HASTINGS LLP |
| | | 200 Park Ave. |
| 17 | | New York, New York  10166 |
| | | Telephone:  1(212) 318-6000 |
| 18 | | Facsimile:  1(212) 319-4090 |
| 19 | | ROBERT R. LAURENZI |
| | | robertlaurenzi@paulhastings.com |
| 20 | | PAUL HASTINGS LLP |
| | | 200 Park Ave. |
| 21 | | New York, New York  10166 |
| | | Telephone:  1(212) 318-6000 |
| 22 | | Facsimile:  1(212) 319-4090 |
| 23 | | CHRISTOPHER W. KENNERLY (SB# 255932) |
| | | chriskennerly@paulhastings.com |
| 24 | | PAUL HASTINGS LLP |
| | | 1117 S. California Avenue |
| 25 | | Palo Alto, Californaia 94304-1106 |
| | | Telephone:  1(650) 320-1800 |
| 26 | | Facsimile:  1(650) 320-1900 |
| 27 | | GRANT N. MARGESON (SB# 299308) |
| | | grantmargeson@paulhastings.com |
| 28 | | |

| | | |
|---|---|---|
| NOTICE OF MOTION AND MOTION FOR WITHDRAWL OF POTTER MINTON, P.C. | - 2 - | CASE NO. 4:20-CV-05333-YGR |

| | |
|---|---|
| 1 | PAUL HASTINGS LLP |
| 2 | 101 California Street, 48th Floor |
|  | San Francisco, CA  94111 |
| 3 | Telephone:  1(415) 856-7000 |
|  | Facsimile:  1(415) 856-7100 |
| 4 | Attorneys for Defendant Google LLC |

NOTICE OF MOTION AND MOTION
FOR WITHDRAWL OF POTTER           - 3 -           CASE NO. 4:20-CV-05333-YGR
MINTON, P.C.

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of August 2020, a true and correct copy of the foregoing document was served via the Court's ECF System on counsel of record in this case.

/s/ *Robert W. Unikel*
Robert W. Unikel

NOTICE OF MOTION AND MOTION FOR WITHDRAWL OF POTTER MINTON, P.C.    - 4 -    CASE NO. 4:20-CV-05333-YGR