1
2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

3
4  Uniloc 2017, LLC,

CASE NO. 4:20-CV-05333-YGR

5              Plaintiff,

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWL OF POTTER MINTON, P.C.**

6      vs.

7  Google LLC,

8              Defendant.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                                      CASE NO. 4:20-CV-05333-YGR

Before the Court is Defendant Google LLC's motion to withdraw the firm Potter Minton, P.C., as attorneys of record for Defendant. In particular, the following counsel request to withdraw from this action:

- Michael Edwin Jones;
- E. Glenn Thames, Jr.;
- Patrick Colbert Clutter, IV.

Having considered the motion, the Court has determined that it should be GRANTED.

IT IS ORDERED that Potter Minton and counsel Michael Edwin Jones, E. Glenn Thames, Jr., and Patrick Colbert Clutter, IV, are hereby withdrawn as attorneys of record for Defendant, and the clerk shall discontinue all CM/ECF notices in this matter to Michael Edwin Jones, E. Glenn Thames, Jr., and Patrick Colbert Clutter, IV.

Dated:

_____

The Honorable Yvonne Gonzalez Rogers

United States District Judge